Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
M. Christopher Jhang, Bar No. 211463
CJhang@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:   415.344.7050

Attorneys for Defendant
T-Mobile USA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual, | Case No. C 08-01380 SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | [Civil L.R. 6-1(a)] |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

1    **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between

2    Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-

3    Mobile shall have up to and including May 28, 2008, to file and serve its response to Plaintiff's

4    Complaint.

5

6    DATED: April 14, 2008                    **PERKINS COIE** LLP

7

8                                             By:  /s/ Jason A. Yurasek
                                                  Jason A. Yurasek

9                                             Attorneys for Defendant
10                                            T-Mobile USA, Inc.

11   DATED: April 14, 2008                    **LAW OFFICES OF ERIC F. FAGAN**

12

13                                            By:  /s/ Jeremy S. Golden
                                                  Jeremy S. Golden

14                                            Attorneys for Plaintiff
15                                            Jessica Hartung

16

17

18

19

20                                            IT IS SO ORDERED

21                                            Judge Samuel Conti

22

23

24

25

26

27

28

---

STIPULATION TO EXTEND TIME                  -2-                    C08-01380 SC
TO RESPOND TO COMPLAINT                                           31419-0139/LEGAL14177077.1

1

## ATTESTATION CLAUSE

2          I, Jason A. Yurasek, am the ECF User whose ID and password are being used to file this

3    Stipulation to Extend Time to Respond to Complaint.  In compliance with General Order 45,

4    X.B., I hereby attest that Jeremy S. Golden has concurred in this filing.

5    DATED: April 15, 2008                    PERKINS COIE LLP

6

7

8                                             By:_____/s/ Jason A. Yurasek_____
                                                          Jason A. Yurasek

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28