1 Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2 2300 Boswell Road, Suite 211
3 Chula Vista, CA  91914
Jeremy@efaganlaw.com
4 Phone: 619-656-6656; Fax: 775-898-5471
5 Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA HARTUNG, an individual, | ) Case No.:  C08-01380 |
| | ) |
| Plaintiff | )**PROOF OF SERVICE OF** |
| | )**SUMMONS AND COMPLAINT ON** |
| v. | )**DEFENDANT J.D. BYRIDER OF** |
| | )**CHANDLER** |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY;  JOHN ANDERSON; and T-MOBILE USA, INC and DOES 1 through 10 inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |

On April 9, 2008 Defendant J.D. Byrider of Chandler was served with the summons and complaint by Jerry Beonco by personal delivery upon Kathy Pierce, and agent and employee of Defendant. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Date:  4/17/08

_____/S/ Jeremy S. Golden_____
Jeremy S. Golden, Attorney for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT J.D. BYRIDER OF CHANDLER

# CERTIFICATE OF SERVICE

## COURT PROCESS SERVER, LLC
1042 N. Higley #102-446, Mesa, AZ 85205  480-824-1919

IN AND FOR THE _____ COURT, COUNTY OF MARICOPA, STATE OF ARIZONA

Case No. **C 08-01380**

Plaintiff/Petitioner: **HARTUNG**
**12802 HAMILTON CROSSING BLD**
**CARMEL, IN 46032**

Phone # _____

Defendant/Respondent: **J.D. BYRIDER, INC**
**1455 N. ARIZONA AVE**
**CHANDLER, AZ 85225**

☐ Small Claims Complaint/Summons/Answer
☒ Civil Summons & Complaint
☐ Terminate Rental Agreement  ☐ _____-Day Notice
☐ Summons/Complaint Forcible Detainer  ☐ Eviction Notice
☐ Petition for & Injunction Prohibiting Harassment  ☐ Workplace
☐ Petition for & Order of Protection  ☐ Request for Hearing
☐ Petition in Support of Supplemental Proceeding & Order
☐ Civil Subpoena  ☐ Subpoena Duces Tecum
☐ Family Court Cover Sheet  ☐ Summons (Domestic Relations)
☐ Petition for Dissolution of Marriage  ☐ Sensitive Data Sheet
☐ Information for Conciliation Court  ☐ Information Form
☐ Preliminary Injunction  ☐ Notice to Convert Health Insurance
☐ Notice to Creditors  ☐ Financial Information Form
☐ Affidavit of Financial Information Re: Minor Children
☐ Child Support  ☐ Order  ☐ Worksheet  ☐ Attachments
☐ Order to Show Cause  ☐ Notice to Appear  ☐ Exhibits
☐ Parent's Worksheet for Child Support Amount  ☐ Local Rules
☐ Order/Notice to Attend Parent Information Program Class
☐ Parenting Plan for  ☐ Sole Custody  ☐ Joint Custody
☐ Petition for ☐ Order to Show Cause  ☐ Medication
☐ Petition to Modify:  ☐ Visitation  ☐ Support  ☐ Custody
☐ Order to Modify:  ☐ Visitation  ☐ Support  ☐ Custody
☐ Petition to Establish:  ☐ Visitation  ☐ Support  ☐ Custody
☐ Expedited Process Order to Appear  ☐ Certificate on Issue
☐ Expedited Process Petition/Request to Enforce  ☐ CS  ☐ CSA
☐ Blank Financial Affidavit form
☐ CHILD SUPPORT #3 To change an Existing Court Order Packet
☐ Petition to Establish: Child Custody, Parenting Time & Support
☐ Order to Appear Re: Petition for Emergency Temporary Custody
☐ Date & Time of Hearing: ___/___/2007 at ___:___ M
☒ Other: **Summons, Civil Cover Sheet, Complaint & Court Documents**

**INDIVIDUAL/S TO SERVE**
☐ Plaintiff  ☐ Petitioner  ☒ Defendant  ☐ Respondent
☐ Witness  ☐ Tenant  ☐ Statutory Agent  ☐ Attorney
☐ Other-Serve upon: _____

**MANNER OF SERVICE**
☐ Service upon the individual personally. # copies served _____
☐ Service upon _____, a person of suitable age & discretion residing at individual's residence.
☒ Service upon **KATHY PIERCE/Office Manager**, a person qualified to accept service on behalf of the individual.
☐ Served by affixing to main entrance & mailed by certified mail: Receipt # _____

**PLACE OF SERVICE**
☒ Individual's Address
☐ Other _____

The undersigned, being duly sworn, states: "I am a Registered Officer of the Superior Court of Arizona, and duly approved as a Private Process Server.
On **4/8/08**, I received true copy of each document checked above. Within the state of Arizona, I personally served the same on:
The **9** day of **APRIL**, _____ at **11:05 A**M
I certify under penalty of perjury the foregoing is true and correct. Executed on **4/9/08**. _____ "
Registered in Maricopa County

Service Fee $ **65.00**    Billing Address: _____    DATES AND TIMES ATTEMPTED
Other _____  $ _____    _____    ___/___ M
Total $ **65.00**    _____    ___/___ M
**PAID BY:**    _____    ___/___ M
☐ Cash ☐ Ck ☐ MO ☐ CC  $ _____
# _____  $ _____    ☐ NOT SERVED _____

The above is in compliance with Arizona rules of Court, Rules of Civil Procedure, Rule 80(i), Rule 2 General Procedure & Rule 21