Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual, | ) Case No.:  C08-01380 |
| | ) |
| Plaintiff | ) **PROOF OF SERVICE OF** |
| | ) **SUMMONS AND COMPLAINT ON** |
| v. | ) **DEFENDANTS J.D. BYRIDER, INC.** |
| | ) **AND CARNOW ACCEPTANCE** |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY;  JOHN ANDERSON; and T-MOBILE USA, INC and DOES 1 through 10 inclusive, | ) **COMPANY (CNAC)** |
| | ) |
| Defendants. | ) |

On April 8, 2008 Defendants J.D. Byrider Inc. and CNAC were served with the summons and complaint by Donald Lee by personal delivery upon Steven Wedding, an agent and employee of Defendants. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Date: 4/17/08

_____/S/ Jeremy S. Golden_____
Jeremy S. Golden, Attorney for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS J.D. BYRIDER, INC. AND CNAC

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
(NAME OF COURT)

| JESSICA HARTUNG | vs | J.D. BYRIDER, INC. | C 08-01380 SC |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, __DONALD LEE__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __J.D. BYRIDER, INC.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __SUMMONS, CIVIL COVER SHEET, COMPLAINT, AND COURT DOCUMENTS__

by leaving with __STEVEN WEDDING__        __CHIEF FINANCIAL OFFICER__        At
                     NAME                              RELATIONSHIP

☐ Residence _____
             ADDRESS                             CITY / STATE

☒ Business  __12808 HAMILTON CROSSING BLVD.__    __CARMEL, IN 46032__
             ADDRESS                             CITY / STATE

On __APRIL 8, 2008__ AT __11:00 A.M.__
    DATE             TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE

from _____  _____  _____
      CITY          STATE          ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

Service Attempts: Service was attempted on: (1)_____ _____ (2)_____ _____
                                              DATE          TIME           DATE          TIME
(3)_____ _____ (4)_____ _____ (5)_____ _____
   DATE          TIME           DATE          TIME           DATE          TIME

Description: Age __47__ Sex __M__ Race __W__ Height __6'0"__ Weight __220__ Hair __BRO__ Beard __YES__ Glasses __NO__

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __8__ day of __April__, 20__08__ by __Donald Lee__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC #51640

NOTARY PUBLIC for the state of ____

4-23-10



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS