Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual, | ) Case No.:  C08-01380 |
| | ) |
| Plaintiff | )**PROOF OF SERVICE OF** |
| | )**SUMMONS AND COMPLAINT ON** |
| v. | )**DEFENDANT JOHN ANDERSON** |
| | )**aka JOHN EDENS** |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY;  JOHN ANDERSON; and T-MOBILE USA, INC and DOES 1 through 10 inclusive, | ) |
| Defendants. | ) |

On April 9, 2008 Defendant John Anderson aka John Edens was served with the summons and complaint by Christopher S. Stanton by personal delivery upon Lisa Edens, the wife of John Edens. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Dated: 4/17/08

_____/S/ Jeremy S. Golden_____
Jeremy S. Golden, Attorney for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JOHN ANDERSON aka JOHN EDENS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
STATE OF CALIFORNIA

JESSICA HARTUNG

　　　　　　　　Plaintiff,

vs.

JD BYRIDER, INC., et al.

CIVIL ACTION
CASE NO.: C08-01380 SC

　　　　　　　　Defendant.

## AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served JOHN EDENS with the below-listed documents in this matter, at 3495 PEACHTREE PKWY, BX 114, SUWANEE, GA, on April 9, 2008, at 1:10 PM:

SUMMONS/COMPLAINT

Said documents were served by handing to LISA EDENS, his wife & owner of Pak Mail.

2.

CHRISTOPHER S. STANTON
Attorneys' Personal Services, Inc.

Sworn to and subscribed before me this the 10th day of April, 2008.

_____
Notary Public

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES OCT. 25, 2010]