Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual, | ) Case No.:  C08-01380 |
| | ) |
| Plaintiff | ) **PROOF OF SERVICE OF** |
| | ) **SUMMONS AND COMPLAINT ON** |
| v. | ) **DEFENDANT T-MOBILE USA, INC.** |
| | ) |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY;  JOHN ANDERSON; and T-MOBILE USA, INC and DOES 1 through 10 inclusive, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

On April 7, 2008 Defendant T-Mobile USA, Inc. was served with the summons and complaint by Melinda Kunkel by personal delivery upon Becky Degeorge, an agent for service. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Date:  4/17/08

_____/S/ Jeremy S. Golden_____
Jeremy S. Golden, Attorney for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT T-MOBILE USA, INC.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ERIC F. FAGAN<br>2300 BOSWELL RD 211 CHULA VISTA, CA 91914<br>TELEPHONE NO.: (619) 656-6656   FAX NO. (Optional): (775) 703-7661<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3483
BRANCH NAME: NORTHERN DISTRICT - SAN FRANCISCO

PLAINTIFF/PETITIONER: HARTUNG

DEFENDANT/RESPONDENT: J.D. BYRIDER, INC., ET AL

CASE NUMBER: C08-01380SC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* ORDER SETTING INITIAL CASE
3. a. Party served *(specify name of party as shown on documents served):*
   **T-MOBILE, USA, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **BECKY DEGEORGE, AGENT FOR SERVICE**

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 04/07/2008   (2) at *(time):* 01:54 pm
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PETITIONER: **HARTUNG**

RESPONDENT: **J.D. BYRIDER, INC., ET AL.**

CASE NUMBER:
**C08-01380SC**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                           (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30).*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **T-MOBILE, USA, INC.**
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. Person who served papers
   a. Name: **Melinda Kunkel - JANNEY AND JANNEY ATTORNEY SERVICE**
   b. Address: **840 N. BIRCH ST. SANTA ANA, CA 92701**
   c. Telephone number: **(714) 953-9451**
   d. The fee for service was: **$ 20.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server.
          (i) ☐ owner       ☐ employee       ☒ independent contractor.
          (ii) Registration No.: **07-04**
          (iii) County: **NEVADA**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **04/10/2008**

**JANNEY AND JANNEY ATTORNEY SERVICE**
**840 N. BIRCH ST.**
**SANTA ANA, CA 92701**
**(714) 953-9451**

**Melinda Kunkel**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*
(SIGNATURE)

POS-010 [Rev January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2
                                                                              POS-010/SD313551