1  GEORGE G. WEICKHARDT (SBN 58586)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  201 Spear Street, Suite 1000
   San Francisco, CA  94105
3  Telephone:    (415) 543-4800
   Facsimile:    (415) 972-6301
4  E-mail:       gweickhardt@rmkb.com

5  Appearing Specially for Defendants
   BYRIDER FRANCHISING, INC. (sued herein
6  erroneously as J.D. Byrider, Inc.); GRACE AUTO,
   INC. dba J.D. BYRIDER (sued herein erroneously
7  as J.D. Byrider of Chandler; and GRACE
   FINANCE, INC. dba CNAC (sued herein
8  erroneously as Carnow Acceptance Company

9  JEREMY S. GOLDEN (SBN 228007)
   LAW OFFICES OF ERIC F. FAGAN
10 2300 Boswell Road, Suite 211
   Chula Vista, CA  91914
11 Telephone:    (619) 656-6656
   Facsimile:    (775) 898-5471
12 E-mail:       jeremy@efaganlaw.com

13 Attorneys for Plaintiff
   JESSICA HARTUNG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual, | CASE NO.  08 CV 01380 SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between plaintiff Jessica Hartung and defendants

Byrider Franchising, Inc. (sued herein erroneously as J.D. Byrider, Inc.); Grace Auto, Inc. dba

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

J.D. Byrider (sued herein erroneously as J.D. Byrider of Chandler; and Grace Finance, Inc. dba CNAC (sued herein erroneously as Carnow Acceptance Company, that defendants may have a thirty (30) day extension to respond to the complaint herein up to, and including, May 27, 2008. No previous extensions have been granted. Good cause exists for a thirty (30) day extension because the action has just been filed, and defendants require time to investigate the facts alleged in the complaint.

Dated: April 18, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    Attorneys for Defendants
    BYRIDER FRANCHISING, INC. (sued
    herein erroneously as J.D. Byrider, Inc.);
    GRACE AUTO, INC. dba J.D. BYRIDER
    (sued herein erroneously as J.D. Byrider of
    Chandler; and GRACE FINANCE, INC.
    dba CNAC (sued herein erroneously as
    Carnow Acceptance Company

Dated: April 18, 2008          LAW OFFICES OF ERIC F. FAGAN

By:/s/ Jeremy S. Golden
    JEREMY S. GOLDEN
    Attorneys for Plaintiff
    JESSICA HARTUNG