GEORGE G. WEICKHARDT (SBN 58586)
ROPERS MAJESKI KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 543-4800; Fax: (415) 972-6301
E-mail: gweickhardt@rmkb.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JESSICA HARTUNG, an individual | Plaintiff(s) | CASE NUMBER<br>08 CV 01380 SC |
| v. | | |
| J.D. BYRIDER, INC., et al. | Defendant(s). | NOTICE OF SUBSTITUTION OF ATTORNEY |

GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler); and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company)
*Name of Party*

☐ Plaintiff ☒ Defendant ☐ Other _____

hereby request the Court approve the substitution of <u>Kasey C. Townsend, Murchison & Cumming, LLP</u>
*New Attorney*

as attorney of record in place and stead of <u>George G. Weickhardt, Ropers Majeski Kohn & Bentley</u>
*Present Attorney*

Dated 5/6/08

*Signature of Party/Authorized Representative of Party*
GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler)
By: Robert J. Hirst, Its: President

Dated 5/6/08

*Signature of Party/Authorized Representative of Party*
GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company
By: Robert J. Hirst, Its: President

I have given proper notice and further consent to the above substitution.
Dated May 6, 2008

*Signature of Present Attorney*
GEORGE G. WEICKHARDT

I am duly admitted to practice in this District and hereby consent to substitute in as counsel for GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler); and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company)
Dated _____

*Signature of New Attorney*
KASEY C. TOWNSEND (SBN 152992)

NOTICE OF SUBSTITUTION OF ATTORNEY

RC1/5115657.1/WKI

GEORGE G. WEICKHARDT (SBN 58586)
ROPERS MAJESKI KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 543-4800; Fax: (415) 972-6301
E-mail: gweickhardt@rmkb.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>J.D. BYRIDER, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>08 CV 01380 SC<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler); and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company)
*Name of Party*

☐ Plaintiff ☒ Defendant ☐ Other _____

hereby request the Court approve the substitution of Kasey C. Townsend, Murchison & Cumming, LLP
*New Attorney*

as attorney of record in place and stead of George G. Weickhardt, Ropers Majeski Kohn & Bentley
*Present Attorney*

Dated _____

*Signature of Party/Authorized Representative of Party*
GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler)
By: Robert J. Hirst, Its: President

Dated _____

*Signature of Party/Authorized Representative of Party*
GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company
By: Robert J. Hirst, Its: President

I have given proper notice and further consent to the above substitution.
Dated May 6, 2008

*Signature of Present Attorney*
GEORGE G. WEICKHARDT

I am duly admitted to practice in this District and hereby consent to substitute in as counsel for GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler); and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company)
Dated May 6, 2008

*Signature of New Attorney*
KASEY C. TOWNSEND (SBN 152992)
2010 Crow Canyon Pl., #380, San Ramon, CA

NOTICE OF SUBSTITUTION OF ATTORNEY

RC1/5115657.1/WK1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

JESSICA HARTUNG, an individual

Plaintiff(s)

v.

J.D. BYRIDER, INC., et al.

Defendant(s).

CASE NUMBER
08 CV 01380 SC

ORDER GRANTING
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the notice of: GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler; and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company

☐ Plaintiff  ☒ Defendants  ☐ Other

to substitute  Kasey C. Townsend, Murchison & Cumming, LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2010 Crow Canyon Place, Suite 380

*Street Address*

San Ramon, CA  94583                              ktownsend@murchisonlaw.com
*City, State, Zip*                                           *E-Mail Address*

(925) 365-3170              (925) 365-3180              152992
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record in place and stead of George G. Weickhardt, Ropers Majeski Kohn & Bentley

*Present Attorney*

**is hereby**   ☒ **GRANTED**      ☐ **DENIED**

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

RC1/5117582.1/WK1