GEORGE G. WEICKHARDT (SBN 58586)
ROPERS MAJESKI KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
E-mail: gweickhardt@rmkb.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>J.D. BYRIDER, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br>08 CV 01380 SC<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.)
_Name of Party_

☐ Plaintiff ☒ Defendant ☐ Other _____

hereby request the Court approve the substitution of <u>Kasey C. Townsend, Murchison & Cumming, LLP</u>
_New Attorney_

as attorney of record in place and stead of <u>George G. Weickhardt, Ropers Majeski Kohn & Bentley</u>
_Present Attorney_

Dated  5/9/08

_Signature of Party/Authorized Representative of Party_
BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.
By: Jeffrey B. Higgins, Esq.
Its: General Counsel

I have given proper notice and further consent to the above substitution.
Dated  May 6, 2008

_Signature of Present Attorney_
GEORGE G. WEICKHARDT (SBN 58586)

I am duly admitted to practice in this District and hereby consent to substitute in as counsel for Byrider Franchising, Inc. (sued herein erroneously as J.D. Byrider, Inc.)

Dated _____

_Signature of New Attorney_
KASEY C. TOWNSEND (SBN 152992)

NOTICE OF SUBSTITUTION OF ATTORNEY

RC1/5115634.1/WK1

GEORGE G. WEICKHARDT (SBN 58586)
ROPERS MAJESKI KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
E-mail: gweickhardt@rmkb.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>J.D. BYRIDER, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>08 CV 01380 SC<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.)  ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of <u>Kasey C. Townsend, Murchison & Cumming, LLP</u>
*New Attorney*

as attorney of record in place and stead of <u>George G. Weickhardt, Ropers Majeski Kohn & Bentley</u>
*Present Attorney*

Dated _____

*Signature of Party/Authorized Representative of Party*
BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.
By: Jeffrey B. Higgins, Esq.
Its: General Counsel

I have given proper notice and further consent to the above substitution.
Dated May 6, 2008

*Signature of Present Attorney*
GEORGE G. WEICKHARDT (SBN 58586)

I am duly admitted to practice in this District and hereby consent to substitute in as counsel for Byrider Franchising, Inc. (sued herein erroneously as J.D. Byrider, Inc.)

Dated May 6, 2008

Kasey C. Townsend
*Signature of New Attorney*
KASEY C. TOWNSEND (SBN 152992)
MURCHISON & CUMMING, LLP
2010 Crow Canyon Pl., Suite 380
San Ramon, CA 94583
Tel: (925) 365-3170
Fax: (925) 365-3180
Email: ktownsend@murchisonlaw.com

NOTICE OF SUBSTITUTION OF ATTORNEY

RCI/5115634.1/WKI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JESSICA HARTUNG, an individual <br><br> Plaintiff(s) <br><br> v. <br><br> J.D. BYRIDER, INC., et al. <br><br> Defendant(s). | CASE NUMBER <br> 08 CV 01380 SC <br><br> ORDER GRANTING <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the notice of: BYRIDER FRANCHISING, INC. (sued herein erroneously as J.D. Byrider, Inc.)

☐ Plaintiff  ☒ Defendants  ☐ Other

to substitute  Kasey C. Townsend, Murchison & Cumming, LLP  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

2010 Crow Canyon Place, Suite 380
*Street Address*

San Ramon, CA  94583                    ktownsend@murchisonlaw.com
*City, State, Zip*                          *E-Mail Address*

(925) 365-3170              (925) 365-3180              152992
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record in place and stead of  George G. Weickhardt, Ropers Majeski Kohn & Bentley
                                              *Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

RC1/5117580.1/WK1