# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>J.D. BYRIDER, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br>08 CV 01380 SC<br><br>ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the notice of: GRACE AUTO, INC. dba J.D. BYRIDER (sued herein erroneously as J.D. Byrider of Chandler; and GRACE FINANCE, INC. dba CNAC (sued herein erroneously as Carnow Acceptance Company

☐ Plaintiff  ☒ Defendants  ☐ Other

to substitute  Kasey C. Townsend, Murchison & Cumming, LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2010 Crow Canyon Place, Suite 380
*Street Address*

San Ramon, CA  94583                              ktownsend@murchisonlaw.com
*City, State, Zip*                                              *E-Mail Address*

(925) 365-3170            (925) 365-3180            152992
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record in place and stead of  George G. Weickhardt, Ropers Majeski Kohn & Bentley
*Present Attorney*

**is hereby**   ☒ **GRANTED**       ☐ **DENIED**

Dated  May 14, 2008

*IT IS SO ORDERED*
*[signature] Judge Samuel Conti*
U. S. District Judge/U.S. Magistrate Judge

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

RC1/5117582.1/WK1