1  GEORGE G. WEICKHARDT (SBN 58586)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  201 Spear Street, Suite 1000
   San Francisco, CA  94105
3  Telephone:    (415) 543-4800
   Facsimile:    (415) 972-6301
4  E-mail:       gweickhardt@rmkb.com

5  Appearing Specially for Defendants
   BYRIDER FRANCHISING, INC. (sued herein
6  erroneously as J.D. Byrider, Inc.); GRACE AUTO,
   INC. dba J.D. BYRIDER (sued herein erroneously
7  as J.D. Byrider of Chandler; and GRACE
   FINANCE, INC. dba CNAC (sued herein
8  erroneously as Carnow Acceptance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JESSICA HARTUNG, an individual, | CASE NO.  08 CV 01380 SC |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

RC1/5117611.1/WK1                                                            PROOF OF SERVICE

CASE NAME:    **Hartung v. J.D. Byrider, Inc,. et al.**

ACTION NO.:    08 CV 01380 SC

## PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA  94105.

3. On May 9, 2008 I served the following documents:

**ORDER GRANTING SUBSTIUTION OF ATTORNEY -** DEFENDANT BYRIDER FRANCHISING, INC.

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Jeremy S. Golden, Esq. | Kasey C. Townsend, Esq. |
| Law Offices of Eric F. Fagan | Murchison & Cumming, LLP |
| 2300 Boswell Road, Suite 211 | 2010 Crow Canyon Pl., Suite 380 |
| Chula Vista, CA  91914 | San Ramon, CA  94583 |
| Telephone:    (619) 656-6656 | Tel:    (925) 365-3170 |
| Facsimile:    (775) 898-5471 | Fax:    (925) 365-3180 |
| E-mail:    jeremy@efaganlaw.com | E-mail:ktownsend@murchisonlaw.com |

5. I served the documents by United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

6. I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 9, 2008            /s/ Wendy Krog

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco