Jason A. Yurasek, Bar No. 202131
JYurasek@perkinscoie.com
M. Christopher Jhang, Bar No. 211463
CJhang@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
T-Mobile USA, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA HARTUNG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. C 08-01380 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 6-1(a)] |

31419-0139/LEGAL14299457.1 　　　-1-　　　STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT C08-01380 SC

1   **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile shall have up to and including June 27, 2008, to file and serve its response to Plaintiff's Complaint. Good cause exists for this thirty (30) day further extension in light of ongoing discussions that may result in resolution of this matter between these parties.

DATED: May 22, 2008                    **PERKINS COIE LLP**

                                       By:  /S/
                                            Jason A. Yurasek

                                       Attorneys for Defendant
                                       T-Mobile USA, Inc.

DATED: May 22, 2008                    **LAW OFFICES OF ERIC F. FAGAN**

                                       By:  /S/
                                            Jeremy S. Golden

                                       Attorneys for Plaintiff
                                       Jessica Hartung

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

31419-0139/LEGAL14299457.1          -2-        STIPULATION TO EXTEND TIME TO
                                               RESPOND TO COMPLAINT C08-01380 SC