1  Jason A. Yurasek, Bar No. 202131
   JYurasek@perkinscoie.com
2  M. Christopher Jhang, Bar No. 211463
   CJhang@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Attorneys for Defendant
   T-Mobile USA, Inc.
7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN FRANCISCO DIVISION**

11

12 | JESSICA HARTUNG, an individual,                    | Case No. C 08-01380 SC
13 |                   Plaintiff,                       | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
14 |        v.                                          |
                                                        | [Civil L.R. 6-1(a)]
15 | J.D. BYRIDER, INC.; JD BYRIDER OF
   | CHANDLER; CARNOW ACCPETANCE
16 | COMPANY; JOHN ANDERSON; and T-
   | MOBILE USA, INC. and DOES 1 through
17 | 10 inclusive,
18 |                   Defendants.

---

31419-0139/LEGAL14364413.1          -1-          STIPULATION TO EXTEND TIME TO
                                                 RESPOND TO COMPLAINT C08-01380 SC

1  **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile shall have up to and including August 1, 2008, to file and serve its response to Plaintiff's Complaint. Good cause exists for this thirty-five (35) day further extension in light of ongoing, good faith settlement discussions that continue between these parties to date, and the time that T-Mobile will require to prepare its response to Plaintiff's Complaint in the event the parties do not reach settlement.

DATED: June 12, 2008.

**PERKINS COIE LLP**

By:  /S/
    Jason A. Yurasek

Attorneys for Defendant
T-Mobile USA, Inc.

DATED: June 12, 2008.

**LAW OFFICES OF ERIC F. FAGAN**

By:  /S/
    Jeremy S. Golden

Attorneys for Plaintiff
Jessica Hartung

---

31419-0139/LEGAL14364413.1     -2-     STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT C08-01380 SC