1  Jason A. Yurasek, Bar No. 202131
   JYurasek@perkinscoie.com
2  M. Christopher Jhang, Bar No. 211463
   CJhang@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendant
   T-Mobile USA, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 | JESSICA HARTUNG, an individual, | Case No. C 08-01380 SC |
13 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
14 | v. | |
15 | J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCPETANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive, | [Civil L.R. 6-1(a)] |
16 | | |
17 | | |
18 | Defendants. | |

19

20

21

22

23

24

25

26

27

28

---

31419-0139/LEGAL14364413.1    -1-    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT C08-01380 SC

1 **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 6-1(a), by and between Plaintiff Jessica Hartung ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), that T-Mobile shall have up to and including August 1, 2008, to file and serve its response to Plaintiff's Complaint. Good cause exists for this thirty-five (35) day further extension in light of ongoing, good faith settlement discussions that continue between these parties to date, and the time that T-Mobile will require to prepare its response to Plaintiff's Complaint in the event the parties do not reach settlement.

DATED: June 12, 2008.    **PERKINS COIE LLP**

By:  /S/
     Jason A. Yurasek

Attorneys for Defendant
T-Mobile USA, Inc.

DATED: June 12, 2008.    **LAW OFFICES OF ERIC F. FAGAN**

By:  /S/
     Jeremy S. Golden

Attorneys for Plaintiff
Jessica Hartung

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*