Michael B. Lawler (SBN 50972)
Kasey C. Townsend (SBN 152992)
Anastasia K. Mazzella (SBN 245201)
**MURCHISON & CUMMING, LLP**
2010 Crow Canyon Place, Suite 380
San Ramon, California  94583
Telephone: (925) 365-3170
Facsimile: (925) 365-3180
E-Mail:    ktownsend@murchisonlaw.com
           mlawler@murchisonlaw.com
           amazzella@murchisonlaw.com

Attorneys for Specially Appearing Defendants, BYRIDER FRANCHISING, INC. (erroneously sued and served as J.D. Byrider, Inc.), Grace Auto, Inc. dba J.D. Byrider (erroneously sued as JD Byrider of Chandler), and Grace Finance, Inc. dba CNAC (erroneously sued as CarNow Acceptance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HARTUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.D. BYRIDER, INC.; JD BYRIDER OF CHANDLER; CARNOW ACCEPTANCE COMPANY; JOHN ANDERSON; and T-MOBILE USA, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C 08-01380 SC<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER VENUE, OR COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>N.D. CAL. RULE 7-7(e)<br><br>[Stipulation and Proposed Order Filed Concurrently Herewith]<br><br>**Assigned to Hon. Samuel Conti** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that specially-appearing defendants BYRIDER FRANCHISING, INC. (erroneously sued and served as J.D. BYRIDER, INC.), GRACE AUTO, INC. dba J.D. BYRIDER (erroneously sued and served as J.D. BYRIDER OF CHANDLER), and GRACE FINANCE, INC. dba CNAC (erroneously sued and served as CARNOW ACCEPTANCE COMPANY) (hereinafter, "Specially Appearing

1  Defendants") hereby withdraw their Motion to Dismiss for Lack of Personal Jurisdiction,
2  or in the alternative Transfer Venue or Compel Arbitration and Stay Proceedings, which
3  was set for hearing on July 25, 2008 at 10:00 a.m..

4        This motion is off-calendar because Plaintiff JESSICA HARTUNG ("Plaintiff")
5  and the Specially Appearing Defendants have stipulated to dismiss GRACE AUTO,
6  INC. without prejudice.  Furthermore, the parties have stipulated to transfer this case to
7  the United States District Court of California, Eastern District, Fresno Division.  The
8  Stipulation dismissing GRACE AUTO, INC. and transferring venue to the Eastern
9  District is filed concurrently herewith.

10        PLEASE TAKE FURTHER NOTICE that the parties have agreed that the issue of
11  whether Plaintiff may be compelled to arbitrate her claims has not been resolved and that
12  the remaining Specially Appearing Defendants, BYRIDER FRANCHISING and
13  GRACE FINANCE, are entitled to re-file or re-notice their Motion to Compel
14  Arbitration, and that BYRIDER FRANCHISING and GRACE FINANCE's withdrawal
15  of the instant Motion and execution of the Stipulation shall not constitute a waiver of
16  their right to bring a Motion to Compel Arbitration and Stay Proceedings or be used as a
17  basis for opposing any such motion brought by said defendants.

18  DATED: July 9, 2008      MURCHISON & CUMMING, LLP

20        By: _____
      Michael B. Lawler
21        Kasey C. Townsend
      Anastasia K. Mazzella
22        Attorneys for Specially Appearing
      Defendants, BYRIDER FRANCHISING,
23        INC. (erroneously sued and served as J.D.
      Byrider, Inc.), Grace Auto, Inc. dba J.D.
24        Byrider (erroneously sued as JD Byrider of
      Chandler), and Grace Finance, Inc. dba
25        CNAC (erroneously sued as CarNow
      Acceptance Company)

27  J:\AKM\JD BYRIDER_Final\NOW-070808.akm

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On July 9, 2008, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER VENUE, OR COMPEL ARBITRATION AND STAY PROCEEDINGS** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address mwahlquist@murchisonlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 9, 2008, at Los Angeles, California.

_____
Mariah R. Wahlquist

## SERVICE LIST
**Jessica Hartung vs. JD Byrider, Inc., JD Byrider of Chandler, CarNow Acceptance Company, John Anderson and T-Mobile USA, et al,**

| | |
|---|---|
| Jeremy Scott Golden<br>Law Offices of Eric F. Fagan<br>2300 Boswell Road<br>Suite 211<br>Chula Vista, CA 91914<br>Telephone: 619-656-6656<br>Facsimile: 775-898-5471<br>E-mail: jeremy@efaganlaw.com | Attorneys for Plaintiff, Jessica Hartung |
| Eric F. Fagan<br>Law Offices of Eric F. Fagan<br>2220 Otay Lakes Road<br>Suite 502-84<br>Chula Vista, CA 91915<br>Telephone: 619-656-6656<br>Facsimile: 775-898-5471<br>E-mail: efagan@efaganlaw.com | Attorneys for Plaintiff, Jessica Hartung |
| Jason A. Yurasek<br>Perkins Coie LLP<br>Four Embarcadaro Center<br>Suite 2400<br>San Francisco, CA 94111<br>Telephone: 415-344-7021<br>Facsimile: 415-344-7221<br>E-mail: jyurasek@perkinscoie.com | Attorneys for Defendant, T-Mobile USA, Inc. |